UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:06-cr-105 |
| v. | ) | *Mattice* |
| | ) | |
| LUIS ALBERTO TRINIDAD DEL ANGEL | ) | |

## ORDER

United States Magistrate Judge Carter filed his report and recommendation with regard to Defendant Luis Alberto Trinidad Del Angel's Motion to Suppress Evidence, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(a), on or about January 26, 2007. [Court Doc. No. 16.] Neither party has filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 59(a).

Accordingly, the Court **ORDERS** that the Motion to Suppress Evidence [Court Doc. No. 11] is **DENIED**.

SO ORDERED this 14th day of February, 2007.


_____*s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE